# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2014

149672

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re ARCE/LOGAN, Minors.

SC: 149672
COA: 318471
Jackson CC Family Division:
12-001239-NA

_____/

On order of the Court, the application for leave to appeal the June 19, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2014



Clerk

t0819